UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff | § § § | |
| v. | § § | CIVIL CASE NO. 5:24-CV-15 |
| **$466,920.00 UNITED STATES CURRENCY,** Defendant | § § § | |

## PLAINTIFF'S ADVISORY TO THE COURT REGARDING NOTICE BY PUBLICATION AND SERVICE OF PROCESS

Now comes the United States, Plaintiff herein, advising the Court of the notification of the pending forfeiture action against known potential claimants. This advisory is also being filed to notify the Court of the default status of the known claimants to Defendant Property and an anticipated default.

Plaintiff filed its verified Complaint for Forfeiture against Defendant Property on January 31, 2024 in accordance with Rule G(5) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"). (Dkt. No. 1). On February 6, 2024, and in accordance with Supplemental Rule G(4)(B)(i)-(iv), all known interested parties, including Jason Kristian Duncker, Martin Rodriguez, Jr. and Adriana Jones, and Howard Miller, et. al., by and through their attorneys were sent a copy of the complaint with procedural notification of filing a claim and answer via USPS certified mail.[1] (Dkt. No. 8). The thirty-five-day deadline to file a claim under Supplemental Rule G(4)(b)(ii) expired on March, 12, 2024.

On March 29, 2024, Plaintiff initiated service of the forfeiture action upon all unknown

---

[1] Adriana Jones and Howard Miller, et. al. were sent notice of the forfeiture action through their attorneys, Samuel Mitchell and Michael Elsner. Since the mailings of the forfeiture action to Samuel Mitchell and Michael Elsner, the administrative claim filed by Adriana Jones with the Drug Enforcement Administration has been withdrawn. Accordingly, Adriana Jones, individually and on behalf of the Juarez Cartel victim claimants, is no longer an interested party to this forfeiture action. *See United States v. Multiple Assets*; 5:23-mc-00367 at Dkt. No. 7.

potential claimants via internet publication on a known government internet site. (Dkt. No. 9). In accordance with Supplemental Rule G(5)(a)(ii)(B), the last day in which a claim can be filed is May 28, 2024.

To date, no verified claim or answer is on file contesting the forfeiture as required by Rule G(5) of the Supplemental Rules. Unless Jason Kristian Duncker or Martin Rodriguez, Jr. files his claim and answer in this forfeiture proceeding, Plaintiff intends to file a Request for Clerk's Entry of Default and Motion for Default Judgment of Forfeiture after May 28, 2024.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

BY:   /S/*Mary Ellen Smyth*
Mary Ellen Smyth,
Assistant U.S. Attorney
Tex. Bar. No. 18779100
Southern District Adm. 31348
U. S. Attorney's Office
11204 McPherson Road, Suite 100A
Laredo, Texas 78045
Ofc: (956)723-6523
Desk: (956) 721-4964
Email: Mary.Ellen.Smyth@usdoj.gov